# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

THOMAS L. VANHEIDEN,

       Petitioner,

v.                                CASE NO.  5:07cv212-RH/MD

WALTER A. McNEIL,

       Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The petition challenging Petitioner's convictions and sentences in the Circuit Court of Gulf County, Florida, case number 01-243, is DISMISSED as untimely.  The clerk must enter judgment and close the file.

SO ORDERED on August 9, 2008.

                          s/Robert L. Hinkle_____
                          Chief United States District Judge